**Opinion issued May 19, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00975-CV

———————————

**JAMES FAILS, Appellant**

**V.**

**BERNICE YOST SPECIAL CONSERVATOR FOR GEORGIA COX,
Appellee**

---

**On Appeal from the Probate Court No 3
Harris County, Texas
Trial Court Case No. 412,338-401**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's temporary injunction order signed November 20, 2014. On March 5, 2015, the trial court signed an order vacating the November 20, 2014 order. On April 9, 2015, we issued a notice of intent to dismiss, providing the parties 10 days to respond and explain why the appeal is not

moot. No party responded to the notice. Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 42.3(c); 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.